Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

**FILED**
**NOV 1 5 2006**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | Maximiano Barrera III |
| **Docket Number:** | 1:02CR05094-05 |
| **Offender Address:** | Modesto, California |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 04/14/2003 |
| **Original Offense:** | 21 USC 841(a)(1) and 18 USC 2 - Distribution of Cocaine Base and Aiding and Abetting<br>(CLASS A FELONIES) |
| **Original Sentence:** | 37 months custody of the Bureau of Prisons; 60 months supervised release; $100 special assessment |
| **Special Conditions:** | Submit to search; Provide probation officer with access to any requested financial information; Participate in a correctional treatment program to obtain assistance for drug or alcohol use; Participate in a program of testing; Defendant shall not possess or have access to any paging device or cellular phone without the permission of the probation officer and shall provide all billing records for such devices; Participate in a program of mental health counseling; Participate in a co-payment plan for treatment or testing; Defendant shall register as a drug offender. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 10/15/2004 |
| **Assistant U.S. Attorney:** | Kathleen A. Servatius    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | John Garland    **Telephone:** (559) 497-6132 |
| **Other Court Action:** | None |

Rev. 08/2006
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **Maximiano Barrera III**
      **Docket Number: 1:02CR05094-05**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

2. The defendant shall comply with the conditions of home detention for a period of 30 days to commence when directed by the probation officer. During this time, the defendant will remain at his place of residence except for employment or other activities approved in advance by the defendant's probation officer. The defendant shall maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

**Justification:** On August 18, 2005, Mr. Barrera was convicted of a violation of California Vehicle Code Section 23152(a), Driving Under the Influence of Alcohol, a misdemeanor. He was sentenced to 36 months informal probation with 2 days jail and a $1,500 fine. On October 17, 2005, the offender was convicted of violations of California Vehicle Code Sections 23152(a), Driving Under the Influence of Alcohol, a misdemeanor, and 14602.5(a), Driving While Privilege Was Suspended/Revoked Due to Excessive Blood Alcohol, a misdemeanor. He was sentenced in this matter to 36 months informal probation with 20 days jail and a $2,500 fine.

Mr. Barrera has completed his jail sentences, is attending the Level II Drinking Drivers Program, and is making payments towards his fine obligations. As a result of his actions in the above-noted criminal matters, the offender was returned to drug aftercare treatment and testing, in which he continues to participate. In addition, Mr. Barrera has been attending ongoing mental health treatment. Mr. Barrera is in agreement with the requested modification of his conditions of supervision, and has voluntarily signed a Probation Form

RE:     **Maximiano Barrera III**
        **Docket Number:  1:02CR05094-05**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

49, Waiver of Hearing to Modify the Conditions of Supervised Release, to add the above-noted conditions.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH**
**United States Probation Officer**
Telephone:  (209) 549-2817

**DATED:**   October 18, 2006
             Modesto, California
             SKD:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(✓)   Modification approved as recommended.

( )   Modification not approved at this time.  Probation Officer to contact Court.

( )   Other:

_10-18-06_
**Date**

**Signature of Judicial Officer**

cc:    United States Probation
       Kathleen A. Servatius, Assistant United States Attorney
       John Garland, Defense Counsel
       Defendant
       Court File