# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MAXIMIANO BARRERA III**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number:  **1:02CR05094-005**<br><br>John Garland<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]　admitted guilt to violation of charge(s) <u>One, Four, and Five</u> as alleged in the violation petition filed on <u>06/11/2008</u>.
[✔]　admitted guilt to violation of charge(s) <u>Two</u> as alleged in the violation petition filed on <u>07/18/08</u>.
[ ]　was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| CHARGE ONE | USE OF A CONTROLLED SUBSTANCE | February 4, 2008 |
| CHARGE FOUR | FAILURE TO COMPLY WITH DRUG TESTING | April 24, 2008 |
| CHARGE FIVE | FAILURE TO COMPLY WITH THE CONDITION OF HOME CONFINEMENT | April 24, 2008 |
| CHARGE TWO | FAILURE TO OBEY ALL LAWS | July 8, 2008 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on <u>04/14/03</u>.

　　　　The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]　Charge(s) Two and Three in the violation petition filed on 06/11/08 are dismissed.  Charge(s) One and Three in the violation petition filed on 7/18/08 are dismissed.

　　　　**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

　　　　IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 15, 2008
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

August 26, 2008
Date

| | |
|---|---|
| CASE NUMBER: 1:02CR05094-005 | Judgment - Page 2 of 2 |
| DEFENDANT: MAXIMIANO BARRERA III | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for 10 months as to the Petition filed on 6/11/08 and 10 months as to the Petition filed on 7/18/08, to run concurrent, for a total term of  10 months .

Lompoc, CA

[✔]  The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal