

FILED
SEP 14 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIMIANO BARRARA,<br><br>Defendant. | 1:02-CR-05094-001 LJO<br><br>ORDER TO RECONVEY CASH BOND |

On December 17, 2002 the above named defendant was remanded into custody after a pretrial violation hearing was held before the Honorable Lawrence J. O'Neill.

The Cash Bond (Receipt #100 195292) in the amount of $2,000.00, posted by Sylvia Ordunez shall be reconveyed forthwith.

IT IS SO ORDERED.

Dated: Sept 12, 2015

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE